Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman Morgan v. Hartman